# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

DARRELL WOODS,

    Plaintiff,

v.      Case No. 19-03151-CV-S-BP-P

ASHOK CHADA, et al.,

    Defendants.

○    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    **DECISION OF THE COURT**.

**IT IS ORDERED AND ADJUDGED**: Defendants Chada, Smotherman, Golden, and Barton's Motion for Summary Judgment is GRANTED. Plaintiff's Partial Motion for Summary Judgment is DENIED. This case is dismissed.

Entered on: May 4, 2020

                           PAIGE WYMORE-WYNN
                           CLERK OF COURT

                           /s/ K. Willis
                           (By) Deputy Clerk